# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES ex rel. CARLO SANTA ANA,**

          **Plaintiff,**

**-vs-**                                                **Case No.  6:10-cv-806-Orl-28GJK**

**WINTER PARK UROLOGY ASSOCIATES, P.A., RADIATION ONCOLOGY CONSULTANTS, P.A., STEVEN G. LESTER, M.D., JOHN D. LOOPER, M.D., and MANEESH GOSSAIN, M.D.,**

          **Defendants.**

_____

## ORDER

This cause is before the Court on the Motion for Reconsideration of Motions to Dismiss (Doc. 65, filed April 11, 2012) filed by Defendants and the Response in Opposition thereto (Doc. 66) filed by Plaintiff.  Defendants seek reconsideration of this Court's February 7, 2012 Order (Doc. 39) denying their motions to dismiss.

In their motion, Defendants identify two Eleventh Circuit court decisions rendered two weeks after the Order was entered, but those cases do not alter the law that was applied by this Court in its Order, nor do movants assert that they do so.  The movants have not presented any new argument or change in the law that warrants reconsideration of the Order.  As noted by Plaintiff, Defendants instead—more than two months after the entry of the Order—seek to reargue the merits of their motions to dismiss and rely on the same case

law cited in those motions.  This Court already considered and rejected these arguments in its prior Order.

Accordingly, it is **ORDERED** and **ADJUDGED** that the motion for reconsideration (Doc. 65) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida this 3rd day of May, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record